**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7804**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JUSTIN COLEMAN,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  T.S. Ellis, III, Senior District Judge.  (1:11-cr-00283-TSE-1)

Submitted:  July 14, 2021                                             Decided:  July 27, 2021

Before MOTZ and QUATTLEBAUM, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Justin Coleman, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin M. Coleman appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i). We have reviewed the record and find no reversible error. Accordingly, we deny Coleman's motions to appoint counsel and for emergency consideration, and we affirm for the reasons stated by the district court. *United States v. Coleman*, No. 1:11-cr-00283-TSE-1 (E.D. Va. Oct. 22, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*